IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 15-229 |
| | ) |
| LATEL TYRONE SMITH | ) |

### ORDER OF COURT

AND NOW, to-wit, this 21st day of June, 2016, upon consideration of the foregoing Motion to Dismiss the Indictment on Jurisdictional Grounds, it is hereby ORDERED, ADJUDGED, AND DECREED that the Motion is DENIED due to the decision of the United States Court of Appeals for the Third Circuit in United States v. Singletary, 268 F.3d 196 (3d Cir. 2001) (proof of any past transport of weapon in interstate commerce is sufficient evidence to support felon-in-possession conviction).

_____
Donetta W. Ambrose
Senior United States District Judge